UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PAUL THOMPSON,<br><br>  Defendant. | Case No.  6:22-mj-00004-HBK<br><br>GRANTING DEFENDANT'S REQUEST FOR REMOTE APPEARANCE<br><br>(Doc. No. 11) |

Pending before the Court is Defendant's request to appear remotely (via Zoom) for his first Review Hearing scheduled for August 15, 2023 at 10:00 A.M.  (Doc. No. 11).  In support, Defendant explains he currently lives in Bend, Oregon, does not have a vehicle, is employed and in compliance with the terms of his unsupervised probation.  (*Id*.).

The court has discretion to permit a party to appear by video teleconference.  *United States v. Hiramanek*, 2017 WL 1349580, *2 (E.D. Cal. Apr. 6, 2017) (citing *United States v. Lange*, 963 F.2d 380, 380 (9th Cir. 1992) (unpublished)).  Considering the technical issues the Court routinely experiences with video-hearings, the Court generally disfavors remote appearances.  Nonetheless, having considered Defendant's stated reasons to appear remotely for his first Review Hearing, the Court will grant Defendant's motion.

Defendant is advised of the following protocols for his remote appearance:

To participate via Zoom, you will need a device with a microphone and camera, with

internet access on the same device.  Adequate lighting and sound are required for the Court to be able to see and hear you.  You are encouraged to test Zoom before the hearing and should download the app at least one day before the hearing if using a phone or tablet.  The Court will not provide technical support for Zoom participants or attendees. During the hearing, both your video and sound should be turned on (until you are told to mute yourself) and you should display your name on the video.  Each participant will speak only when called on by the Judge or the Courtroom Deputy.  Appropriate attire is mandatory for any appearance in Court.  Dress for your Zoom proceedings as if you were attending your court proceedings in the courtroom.  **Use of a virtual background is prohibited**.  You should be in quiet indoor location.  There should not be any other activities going on in your location.

   Accordingly, it is **ORDERED**:

   Defendant's motion (Doc. No. 11) is GRANTED.  Defendant may appear remotely for his first Review Hearing **scheduled for August 15, 2023**[1] **at 10:00 AM** via the Court's Zoom application.

Dated:   July 19, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion incorrectly states the Review Hearing is scheduled for August 16, 2023, instead of August 15, 2023.  *See* Doc. No. 9 at 2, ¶ 7.  The Court presumes this is scrivener's error.

2